**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Lena Giangrosso
Lewis Brisbois Bisgaard & Smit
400 Poydras St, #1300
New Orleans LA 70130

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on October 30, 2024

**REHEARING ACTION: October 30, 2024**

**Docket Number: 23   00784-CA**

**RICKY LEBOEUF AND KIMBERLY LEBOEUF**
**VERSUS**
**BANKERS SPECIALTY INSURANCE**
**COMPANY**

**Appealed from Cameron Parish Case No. 10-20864**

**BEFORE JUDGES:**

**Hon. Elizabeth A. Pickett**
**Hon. Gary J. Ortego**
**Hon. Ledricka J. Thierry**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Bankers Specialty Insurance Company** has this day been

**DENIED.**

cc: Max E. Guthrie, Counsel for the Appellee